GERTRUDE E. WALSH v. THEODORE TIEDEMANN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

HARRIET E. NOBLE v. WILLIAM B. KENDALL, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

MYRA A. FLANAGAN v. THE CITY OF NEW YORK. JOHN J. FLANAGAN v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

GABRIEL SALANT and Others v. PENNSYLVANIA RAILROAD COMPANY and Others.— Motion granted; questions certified. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

LOUIS J. BIMBERG v. THE TEXAS COMPANY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

HARRY C. FISHER v. STAR COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

THE WHEELER SYNDICATE, INC., v. STAR COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

STAR COMPANY v. THE WHEELER SYNDICATE, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

SAMUEL BERNSTEIN v. ESSKAY WAIST COMPANY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

GEORGE L. SEXTON v. BRIDGEPORT ENGINEERING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

LIONEL HAGENAERS and Others v. LUCAS CABALLERO and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

LENA BESNER v. AUGUSTUS D. JUILLIARD and Others.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

EVA K. CONLON v. EDWARD B. HOSIER and Others.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

WILLIAM H. GREEN v. GREAT BEAR SPRING COMPANY.— Motion for extension of time granted and appellant's time to file brief extended to October 27, 1919. Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

JOAQUIN A. DE O. BOTELHO v. JULIUS H. SIEBERT.— Motion granted. Order to be settled on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

FIRST NATIONAL BANK OF ANN ARBOR, MICHIGAN, v. JOHN FARSON and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.